J. Stephen Peek, Esq.
Nevada Bar No. 1758
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: (702) 222-2544
Fax: (702) 669-4650
Email: speek@hollandhart.com
         jgwent@hollandhart.com

*Attorneys for Branch Banking and Trust Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>R & S ST. ROSE, LLC,<br><br>　　　　　　Debtor.<br>―――――――――――――――――<br>COMMONWEALTH LAND TITLE INSURANCE COMPANY,<br><br>　　　　　　Appellant,<br><br>v.<br><br>R & S ST. ROSE LENDERS, LLC, R & S ST. ROSE, LLC, R & S INVESTMENT GROUP, BRANCH BANKING AND TRUST COMPANY, THE CREDITOR GROUP, AND THE US TRUSTEE,<br><br>　　　　　　Appellees. | USDC Case No.: 2:17-cv-01301-mmd<br><br>Bankruptcy Case No. 11-14974-mkn<br>Chapter 11<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE APPELLATE BRIEFS** |

　　　　The undersigned parties, by and through their attorneys of record, hereby stipulate and agree as follows.

　　　　1.　　On February 12, 2018, this Court entered its Minute Order setting briefing deadlines.  *See* ECF No. 14.

　　　　2.　　Pursuant to the Minute Order, the opening brief is due on February 26, 2018, the answering briefs are due on March 12, 2018, and the reply brief is due on March 26, 2018.

Page **1** of **3**

10702573_1

3. The parties hereto stipulate and agree to the extension of the above-mentioned deadlines as follows:

    a. The opening brief shall be due on March 14, 2018;

    b. The answering briefs shall be due on April 13, 2018; and

    c. The reply brief shall be due April 27, 2018.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

10702573_1

4. This is the first request for an extension made by the parties to this appeal after the conclusion of the mediation. This parties make this request in good faith and not for the purpose of delay.

DATED this 21st day of February, 2018.

| HOLLAND & HART LLP | HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON |
|---|---|
| /s/ Joseph G. Went, Esq. | /s/ Ogonna M. Brown, Esq. |
| J. Stephen Peek, Esq.<br>Joseph G. Went, Esq.<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>*Attorneys for Branch Banking and Trust Company* | Ogonna M. Brown, Esq.<br>Nevada Bar No. 7589<br>400 S. Fourth Street, 3rd Floor<br>Las Vegas, NV 89101<br><br>*Attorneys for R&S Investment Group* |
| SCHWARTZ FLANSBURG, PLLC | EARLY SULLIVAN WRIGHT GIZER & MCRAE, LLP |
| /s/ Samuel A. Schwartz, Esq. | /s/ Scott E. Gizer, Esq. |
| Samuel A. Schwartz, Esq.<br>6623 Las Vegas Blvd. So., Ste 300<br>Las Vegas, NV 89119-3246<br>*Attorneys for R&S St. Rose LLC* | Scott E. Gizer, Esq.<br>Nevada Bar No. 12216<br>601 South Seventh Street<br>2nd Floor<br>Las Vegas, NV 89101 |
| GHANDI DEETER BLACKHAM | *Attorneys for Commonwealth Land Title Insurance Company* |
| /s/ Nedda Ghandi, Esq. | |
| Nedda Ghandi, Esq.<br>Nevada Bar No. 11137<br>725 South 8th Street, Suite 100<br>South 6th Street<br>Las Vegas, NV 89101-6919 | GARMAN TURNER GORDON |
| | /s/ Talitha Gray Kozlowski, Esq. |
| DAVID J. MERRILL, P.C. | Talitha Gray Kozlowski, Esq.<br>Nevada Bar No. 9040<br>650 White Dr #100<br>Las Vegas, NV 89119 |
| /s/ David J. Merrill, Esq. | |
| David J. Merrill, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br>*Attorneys for R&S St. Rose Lenders LLC* | *Attorneys for the Creditor Group* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 22, 2018

10702573_1