David J. Merrill
Nevada Bar No. 6060
David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com
Counsel for Brian Shapiro, Trustee
of the R & S St. Rose Lenders, LLC
Liquidation Trust

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 2:17-CV-01301-MMD |
| | Bankruptcy Case No.: 11-14974-mkn |
| R & S ST. ROSE, LLC, | Chapter 11 |
| Debtor. | |
| | |
| BRANCH BANKING AND TRUST COMPANY, | *Stipulation and Order for Extension of Time to File Answering Brief* |
| Appellant, | *(Third Request)* |
| v. | |
| R & S ST. ROSE LENDERS, LLC; R & S ST. ROSE, LLC; R & S INVESTMENT GROUP, LLC; COMMONWEALTH LAND TITLE INSURANCE COM-PANY; THE CREDITOR GROUP; and THE U.S. TRUSTEE, | |
| Appellees. | |

The parties stipulate as follows:

1.      On April 30, 2018, the Court entered a Stipulation and Order for Ex-

tension of Time to File Answering Brief because the parties were engaged in new

settlement discussions and to accommodate counsel for R & S St. Rose Lenders,

1

LLC Liquidation Trust who had a family emergency. (ECF No. 34.) The order required the appellees to file an answering brief on or before May 2, 2018. (*See id.*)

2. The parties stipulate to further extend the time for the appellees to file an answering brief to May 4, 2018.

3. The reason for the requested extension is two-fold. First, to enable the parties to continue the settlement discussions, which are on-going. Second, special counsel for Appellee R & S St. Rose Lenders, LLC, who is drafting the answering brief, needed a bit more time after the family emergency than he anticipated to finish the brief and appendix.

4. To enable the parties to engage in further settlement negotiations and accommodate counsel's family emergency, the parties stipulate that the appellees shall have up to and including May 4, 2018, to file their answering brief. The appellant shall then have up to and including May 18, 2018, to file any reply brief.

1    5.    The parties have not entered into this stipulation for any purpose of

2  delay.

3       Dated this 1st day of May 2018.

4  David J. Merrill, P.C.                        Holland & Hart LLP

5  By:    /s/ David J. Merrill                   By:    /s/ Joseph G. Went
       David J. Merrill                                 Joseph G. Went
6      10161 Park Run Drive, Suite 150                  9555 Hillwood Drive, 2nd Floor
       Las Vegas, Nevada 89145                          Las Vegas, Nevada 89134
7  Attorney for Brian Shapiro as Trustee         Attorneys for Branch Banking and
   of the R & S St. Rose Lenders, LLC Liq-       Trust Company
8  uidation Trust

9  Early Sullivan Wright Gizer & McRae,          Ghandi Deeter Blackham
   LLP
10

11 By:    /s/ Scott E. Gizer                     By:    /s/ Nedda Ghandi
       Scott E. Gizer                                   Nedda Ghandi
12     601 South 7th St., 2nd Floor                     725 South 8th Street, Suite 100
       Las Vegas, Nevada 89101                          Las Vegas, Nevada 89101
13 Attorneys for Commonwealth Land Ti-           Attorney for Brian Shapiro as Trustee
   tle Insurance Company                         of the R & S St. Rose Lenders, LLC Liq-
14                                               uidation Trust

15 Holley Driggs Walch Fine Wray Puzey           Garman Turner Gordon
   & Thompson

16 By:    /s/ Ogonna M. Brown                    By:    /s/ Talitha Gray Kozlowski
       Ogonna M. Brown                                  Talitha Gray Kozlowski
17     400 South 4th St., 3rd Floor                     650 White Drive, Suite 100
       Las Vegas, Nevada 89101                          Las Vegas, Nevada 89119
18 Attorneys for R & S Investment Group          Attorneys for the Creditor Group

19 Schwartz Flansburg, PLLC

20 By:    /s/ Samuel A. Schwartz
       Samuel A. Schwartz
21     6623 Las Vegas Blvd. S., #300
       Las Vegas, Nevada 89119
22 Attorneys for R & S St. Rose, LLC

23

24                                     IT IS SO ORDERED:

25

26                                     _____
                                       UNITED STATES DISTRICT JUDGE
                                       DATED:  May 2, 2018
27

28
                                           3